IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Abdelmajid, Khaled

Printed: 1/29/08

Case Number: 05 B 42009
Judge: Squires, John H
Filed: 9/29/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 19, 2007
Confirmed: January 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,000.00 |  |
| Secured: |  | 4,534.70 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,099.20 |
| Trustee Fee: |  | 366.10 |
| Other Funds: |  | 0.00 |
| Totals: | 7,000.00 | 7,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.20 | 2,099.20 |
| 2. | Ford Motor Credit Corporation | Secured | 5,827.84 | 4,534.70 |
| 3. | ECast Settlement Corp | Unsecured | 457.26 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 921.92 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 298.14 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 919.26 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 594.29 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 609.18 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 779.81 | 0.00 |
| 10. | B-Line LLC | Unsecured | 921.92 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 508.01 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 834.69 | 0.00 |
| 13. | American Express | Unsecured | 440.56 | 0.00 |
| 14. | First National Bank of Omaha | Unsecured | 111.47 | 0.00 |
| 15. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 16. | Lease Finance Group | Unsecured |  | No Claim Filed |
| 17. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,708.55 | $ 6,633.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 154.00 |
| 5% | 52.50 |
| 4.8% | 84.00 |
| 5.4% | 75.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Abdelmajid, Khaled

Printed: 1/29/08

Case Number: 05 B 42009
Judge: Squires, John H
Filed: 9/29/05

_____
$ 366.10

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____